AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Brian K. BILLUPS | ) | Case No. |
| | ) | 2:26-MJ-129 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___April 30, 2026___ in the county of ___Lake___ in the ___Northern___ District of ___Indiana___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111 (a), 111 (b) | Assault of federal officers and employees |
| 18 U.S.C. § 924(c) | Use of a Firearm in furtherance of a crime of violence |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Michael W. Jones*
*Complainant's signature*

Task Force Officer Michael Jones, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date: ___5/1/2026___

s/Abizer Zanzi
*Judge's signature*

City and state: ___Hammond, IN___

Hon. Abizer Zanzi, US Magistrate Judge
*Printed name and title*